(Hamilton County O., Common Pleas.)

JENNIE ORR v. WM. SCHACKEL.

*Jurisdiction of Justice in attachment—Non-resident of township—Sections 582, 583 and 584, construed—*

The defendant was a resident of Columbiana township, and the constable failed to attach property, but served defendant personally. The Justice tried the cause, and held that jurisdiction was complete, upon the issuance of a summons, accompanied with an order of attachment from his court to the constable.

SPIEGEL, J.:

Petition in error granted. Cause dismissed at cost of defendant in error, because Justice had no jurisdiction. Sec. 584, par. 4, must be construed together with sec. 583, par. 7, and sec. 582, and thus construing it, a Justice can only obtain jurisdiction over a non-resident of his township in a civil action, where the order to attach property accompanying the summons is made effective by attachment of the property; otherwise,

not. Paine's Lessees v. Moreland, 15 Ohio, 435; Cooper v. Reynolds, 10 Wall., 308; Work, Jurisdiction, p. 45.

Wm. R. Collins, for plaintiff in error.

P. E. Friend, for defendant in error.